FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 DEC 19 P 4: 52

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR DISTRIBUTION OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-00245** |
| v. | * | **SECTION: SECT.L MAG.3** |
| **BRANDON WARD** | * | **VIOLATIONS:** 18 U.S.C. § 2252(a)(2) |
| | | 18 U.S.C. § 2252(b)(1) |
| | * | 18 U.S.C. § 2253 |

\* \* \*

The Grand Jury charges that:

### COUNT ONE - DISTRIBUTION OF CHILD PORNOGRAPHY

Beginning at a time unknown, and continuing until on or about October 31, 2019, in the Eastern District of Louisiana, and elsewhere, the defendant, **BRANDON WARD**, did knowingly distribute, and attempt to distribute, visual depictions, that is, digital images and videos and computer images and videos, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which

X Fee___USA___
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

involved the use of minors, including children as young as less than one (1) year old, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **BRANDON WARD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any visual depiction as defined above; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, and any property traceable to such property, including but not limited to the following:

> One (1) Motorola Moto G7 Play Cell phone, IMEI 359515091837793;
>
> One (1) online file storage account affiliated with Account ID Bwildplease77@gmail.com at online file storage service Mega.nz;
>
> One (1) online file storage account affiliated with Account ID Bjward011277@gmail.com online file storage service Mega.nz.

3. If any of the above-described property, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Jordan Ginsberg*

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
December 19, 2019

3

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## BRANDON WARD

# INDICTMENT

### INDICTMENT FOR DISTRIBUTION OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

VIOLATIONS: 18 USC § 2252(a)(2)
18 USC § 2252(b)(1)
18 USC § 2253

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

_____
JORDAN GINSBERG
Assistant United States Attorney