UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-245 |
| VERSUS | SECTION : L (3) |
| BRANDON WARD | VIOLATION: 18 usc 2252(a)(2) AND (b)(1) |

NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for ARRAIGNMENT on MONDAY, JANUARY 6, 2020 AT 2:00PM, before Magistrate Judge Dana M. Douglas, Courtroom B-309, 500 Poydras Street, New Orleans, LA 70130.

**Important:** Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:  December 20, 2019

TO:

BRANDON WARD   -   Custody
Jerrod Thompson-Hicks, Asst. FPD


Federal Bureau of Investigation
S.A. Richard M. Clark

**If you change address,
notify clerk of court
by phone, 504-589-7686**

WILLIAM W. BLEVINS, CLERK

by: Dean Oser, Deputy Clerk

AUSA:  Jordan Ginsberg
U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE