MINUTE ENTRY
FALLON, J.
DECEMBER 17, 2020

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA              CRIMINAL ACTION

VERSUS                                NO.  19-245

BRANDON WARD                          SECTION: L (3)

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: AUSA Jordan Ginsberg, for the government
             Jerrod Thompson-Hicks, Asst. FPD, for defendant
             Probation Officer

_____

REARRAIGNMENT AS TO THE ONE COUNT INDICTMENT was held via video:

Defendant was present via video and waived his presence to appear
in person.
Defendant is present to withdraw former plea of not guilty and
enter a plea of guilty.
Reading of the Indictment is waived.
The defendant is sworn and questioned by the Court.
The defendant is read a summary of the charges and is informed
of the maximum penalties.
The defendant enters a guilty plea.
The terms of a plea agreement are disclosed to the Court and a
letter of same is filed into the record.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for Thursday, March 18, 2021, at 2:00 pm.
The defendant is remanded to custody.




JS-10:   :19