MINUTE ENTRY
FALLON, J.
SEPTEMBER 30, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-245 |
| BRANDON WARD | SECTION: L (3) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: AUSA Jordan Ginsberg for government
             Jerrod Thompson-Hicks, Asst. FPD, for the defendant
             Probation Officer

---

SENTENCING AS TO ONE COUNT INDICTMENT:

The defendant is present.

There were no objections to the PSI by either the Government or the Defendant.

Sentence: See Judgment in a Criminal Case.

A Restitution Hearing is set for Thursday, December 16, 2021 at 2:00pm.

Defendant was remanded to the custody of the U.S. Marshal.

JS10:    :17